No. 860. FIDELITY TITLE & TRUST COMPANY, ANCILLARY ADMINISTRATOR, ETC., *v.* DUBOIS ELECTRIC COMPANY. March 24, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied, with reservation of and without prejudice to the

right to apply for a reinstatement of the petition at any time before the end of this term in case the judgment below should fail to award a new trial. *Mr. M. W. Acheson, Jr.,* for petitioner. No appearance for respondent. See *ante,* 597.